**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JAMES PIRAINO and** | | |
| **PIRAINO CONSULTING INC.** | | **PLAINTIFFS** |
| | | |
| **v.** | **Case No. 4:14-cv-00267-KGB** | |
| | | |
| **JL HEIN SERVICE INC.** | | |
| **d/b/a VIDEO REALITY,** | | |
| **and JIM HEIN and** | | |
| **CANDICE CARTER,** | | |
| in their individual capacities | | **DEFENDANTS** |

## ORDER

Plaintiffs James Piraino and Piraino Consulting, Inc., and defendants JL Hein Service, Inc., d/b/a Video Reality, Jim Hein, and Candice Carter filed a joint motion to dismiss (Dkt. No. 64). The Court grants the motion. All claims asserted by plaintiffs against defendants are dismissed with prejudice, all counterclaims asserted by defendants against plaintiffs are dismissed with prejudice, and the parties will bear their own costs, expenses, and attorney's fees. All pending motions are denied as moot.

SO ORDERED this 25th day of July, 2014.

*[signature: Kristine G. Baker]*

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE